IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROSALIND BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV422-259 |
| ) | |
| EXPRESS PROFESSIONAL STAFFING ) | |
| and EVA BUMPERS, ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's April 27, 2023, Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. Plaintiff Rosalind Brown's claims against Defendant Eva Bumpers are **DISMISSED**. Her claims against Defendant Express Professional Staffing remain pending. (See Doc. 9 at 5.)

SO ORDERED this 24th day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).