# United States District Court

## Southern District of Georgia

Rosalind Brown

_____
Plaintiff

Case No. 4:22-cv-00259-WTM-CLR

v. Express Services, Inc. d/b/a
Express Employment Professionals

_____
Defendant

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  15th  day of  August , 2023 .

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Katherine H. Krouse

Business Address: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Firm/Business Name

191 Peachtree Street., NE, Suite 4800
Street Address

| Street Address (con't) | Atlanta | GA | 30303 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

404-881-1300                                   514298
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: katie.krouse@ogletree.com